```
                    FILED
            CLERK, U.S. DISTRICT COURT

              February 9, 2016

          CENTRAL DISTRICT OF CALIFORNIA
          BY:      VPC      DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL SHELBY LICENSING, INC., et al., | Case No. CV-15-06264 SJO (KSx) |
| Plaintiffs, | Hon. S. James Otero |
| v. | **ORDER ON STIPULATION TO DISMISS ACTION** |
| TANGO CLASSIC AUTOS, INC., etc., et al., | |
| Defendants. | |

## ORDER

Having reviewed the parties' Stipulation to Dismiss Action and finding good cause therefor,

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice with each party to bear its own costs, expenses, and attorneys' fees. It is further ORDERED that this Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal.

SO ORDERED.

DATED: February 12, 2016.

By: _/s/ S. James Otero_____
The Honorable S. James Otero
United States District Court Judge